DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
C/O Office of U.S. Attorney
222 W 7th Avenue #9 – Rm 253
Anchorage, Alaska 99513-7567

WILLIAM E. GERARD
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

RACHEL K. ROBERTS
U.S. Department of Justice
Environment & Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115

TERRY M. PETRIE
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

*Attorneys for United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:12-cv-00114-SLG |
| | ) | |
| UNITED STATES OF AMERICA; | ) | UNITED STATES' |
| CHICKEN VENTURES, LLC, an | ) | QUIET TITLE ACT (28 U.S.C. 2409a(e)) |
| Alaska limited liability company; | ) | DISCLAIMER |
| GEORGE W. SEUFFERT, | ) | |
| SR.; GEORGE W. SEUFFERT, JR., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, through undersigned counsel, and, pursuant to 28 U.S.C. § 2409a(e), disclaims all interest adverse to the Plaintiff, State of Alaska, in submerged lands along the disputed reach of the Mosquito Fork of the Fortymile River identified in paragraph 19 of Plaintiff's complaint in this action filed June 1, 2012 (ECF No. 1), and described therein as:

> the submerged lands and bed up to and including the ordinary high water lines of the right and left banks of the Mosquito Fork from its confluence with Dennison Fork within Sec. 8, T. 26 N., R. 18 E., Copper River Meridian, upstream to just above its confluence with Wolf Creek within Sec. 24, T. 24 N., R. 12 E., Copper River Meridian, except for those portions of the river that traverse state-owned uplands and the State's ownership of the underlying bed is undisputed. The included portions of the Mosquito Fork (hereinafter referred to as the "designated portion of the Mosquito Fork") include approximately river miles 0 through 38, 39 through 44, and 53.5 through 80.5. The excluded portions of the Mosquito Fork include the point at which the river exits the National Wild and Scenic River System at approximately river mile 38 in Sec. 19, T. 26 N., R. 15 E., Copper River Meridian upstream to the point at which the river enters Sec. 25, T. 26 N., R. 14 E., Copper River Meridian at approximately river mile 39, and the section of the river that starts in Sec. 2, T. 25 N., R. 14 E., Copper River Meridian at approximately river mile 44 through 53.5 and ending at approximately river mile 53.5 in Sec. 12, T. 25. N., R. 13. (*See* Map 1 highlighting the entire river enclosed as Exhibit 2 of Plaintiff's complaint, Attachment A hereto, and Map 5 highlighting the excluded portion of the river enclosed as Exhibit 3 of Plaintiff's complaint, Attachment B hereto.)

Respectfully submitted, this 27th day of July 2015.

        JOHN C. CRUDEN
        Assistant Attorney General
        Environment and Natural Resources Division

        /s/ William E. Gerard
        WILLIAM E. GERARD
        U.S. Department of Justice
        Environment & Natural Resources Division
        P.O. Box 7611
        Washington, DC 20044–7611
        Telephone: (202) 305–0475
        Facsimile: (202) 305–0506
        Email: william.gerard@usdoj.gov

        DEAN K. DUNSMORE

U.S. Department of Justice
Environment & Natural Resources Division
C/O Office of U.S. Attorney
222 W 7th Ave, #9, Rm 253
Anchorage, Alaska 99513–7567
Telephone: (907) 271–5071
Facsimile: (907) 271–1505
Email: dean.dunsmore@usdoj.gov

RACHEL K. ROBERTS
U.S. Department of Justice
Environment & Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115
Telephone: (206) 526–6881
Facsimile: (206) 526–6665
Email: rachel.roberts@usdoj.gov

TERRY M. PETRIE
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
Email: terry.petrie@usdoj.gov

*Attorneys for United States*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2015 a copy of the foregoing document was served electronically by means of the Court's ECF system on the following:

Jessica Moats Alloway

Michael S. Schechter

Stanley T Lewis

/s/ William E. Gerard
WILLIAM E. GERARD