

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 7 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| STATE OF ALASKA, | No. 16-36088 |
| --- | --- |
| Plaintiff-Appellee, | D.C. No. 3:12-cv-00114-SLG |
| v. | District of Alaska, Anchorage |
| UNITED STATES OF AMERICA, | ORDER |
| Defendant-Appellant. | |

| STATE OF ALASKA, | No. 17-35025 |
| --- | --- |
| Plaintiff-Appellant, | D.C. No. 3:12-cv-00114-SLG |
| v. | District of Alaska, Anchorage |
| UNITED STATES OF AMERICA, | |
| Defendant-Appellee. | |

Pursuant to the stipulation of the parties (Docket Entry No. 11), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b).

The parties agree to bear their own costs on appeals.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation